(January 17, 1986)

■ In the Matter of TIMOTHY KOVE, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT, Petitioner.—Motion by petitioner for order suspending respondent from practice as an attorney and counselor-at-law pending his compliance with this court's order dated November 20, 1985 granted, by default. It is noted that respondent is currently subject to an order of suspension dated February 14, 1985 [108 AD2d 986]. Mahoney, P. J., Kane, Weiss, Yesawich, Jr., and Levine, JJ., concur.